Filed _____ 9-8-14 _____

Clerk, U. S. District Court
Western District of Texas

By _____

Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: CONSENT TO TRANSFER　§
　　　　　　　　　　　　　　　§
OF　　　　　　　　　　　　　　§　　NO.:　5:14-MC-798
　　　　　　　　　　　　　　　§
CORNELIO FREGOSO CORTEZ　　§
a/k/a CORNELIO CORTEZ FREGOSO　§

## ORDER
## APPOINTING FEDERAL PUBLIC DEFENDER

Because the above-named person, herein called offender, has testified under oath or has otherwise satisfied this Verifying Officer that the offender is financially unable to obtain counsel, and does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender's Office of Western District of Texas is hereby appointed to represent the offender, pursuant to §4109 of Title 18, United States Code.

This appointment is limited to advising and representing the offender in the matter of his or her consent to transfer under the provisions of Chapter 306 of Title 18, United States Code, and terminates upon the completion of the verification proceedings.

It is so **ORDERED**.

**SIGNED** on September 8, 2014.

_____
Henry J. Bemporad
United States Magistrate Judge